**Affirmed and Opinion Filed August 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00053-CR
No. 05-18-00054-CR
No. 05-18-00055-CR
No. 05-18-00056-CR

**CARLOS MANUEL RIVERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-45821-X, F17-45822-X, F17-45823-X, F17-45824-X**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Whitehill

Appellant Carlos Manuel Rivera waived a jury trial and pleaded guilty to manufacture and delivery of methamphetamine in an amount of four grams or more but less than 200 grams, unlawful possession of a firearm by a felon (UPFF), and two forgery of a government instrument offenses. Appellant also pleaded true to two enhancement paragraphs in the drug case and one enhancement paragraph in the other three cases. After finding appellant guilty and the enhancement paragraphs true, the trial court sentenced appellant to twenty-five years' imprisonment in the drug case and five years' imprisonment in the UPFF and forgery cases.

On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
180053F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CARLOS MANUEL RIVERA, Appellant

No. 05-18-00053-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F17-45821-X.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered August 27, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLOS MANUEL RIVERA, Appellant

No. 05-18-00054-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F17-45822-X.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered August 27, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLOS MANUEL RIVERA, Appellant

No. 05-18-00055-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F17-45823-X.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered August 27, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLOS MANUEL RIVERA, Appellant

No. 05-18-00056-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 6, Dallas County, Texas
Trial Court Cause No. F17-45824-X.
Opinion delivered by Justice Whitehill.
Justices Francis and Fillmore participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered August 27, 2018.